No. 05–8317. SKOCZEN *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 05–8318. SHIELDS *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 05–8320. CANTU-RIOS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–8322. ESTEVEZ *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 05–8323. CRITTEN *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 05–8324. CARTER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 05–8325. CISNEROS-GARCIA, AKA GARCIA, AKA CRUZ *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 05–8326. ESTEFANIA-MANUEL *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 05–8328. CARPENTER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 05–8332. MENDOZA-ALBERTO *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 05–8336. MERAZ-AMADO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–8339. SANCHEZ-ROSALES *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–8340. SCHALE *v.* KANSAS. Ct. App. Kan. Certiorari denied.

No. 05–8341. STREET *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 05–8343. BUTLER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.